UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

In re:                              )
                                    )      Case No. 21-42564
Varnell and Regina Woods,           )
                                    )      Memorandum
Debtor(s).                          )

**MEMORANDUM**

PLEASE TAKE NOTICE that pursuant to Federal Rule of Bankruptcy Procedure 1009, the Debtor has filed Amended Schedules.

Amended Schedule A/B

    Adding Potential Other Contingent & Unliquidated Claims

Amended Schedule E/F

    Kevin Mannion
    2747 Scott Road
    Moscow Mills MO 63362-0000

    Additional Notice to
    OTT Law Firm
    3407 S Jefferson Avenue
    St Louis, MO 63118

Amended SOFA

    Adding Lawsuit 2211-CC00058

Respectfully submitted,
**ADAMS LAW GROUP**

/s/ Jack J. Adams
JACK J. ADAMS #37791; #37791MO
Attorney for Debtor
22 Richmond Center Ct.
St. Peters, Missouri 63376
Ph.(636) 397-4744  Fax (636) 397-3978

contact@thinkadamslaw.com