UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| IN THE MATTER OF: | ) | |
|---|---|---|
| | ) | |
| VARNELL WOODS and | ) | Case Number: 21-42564 |
| REGINA WOODS | ) | |
| | ) | Chapter 13 Bankruptcy |
| Debtors. | ) | |

## MOTION TO WITHDRAW DUPLICATE FILING (DOCKET ENTRY NO. 136) AND REQUEST FOR WAIVER OF DUPLICATE FILING FEE

**COMES NOW** Movant Kevin Mannion, by and through his counsel, and respectfully states as follows:

1. On April 21, 2025, Movant filed a Motion for Relief from Stay to Recover Insurance Proceeds, which was docketed as Entry No. 135.

2. Due to a processing error, the same motion was refiled and docketed a second time as Entry No. 136.

3. Both filings are identical in substance and form, and the second filing (Entry No. 136) is duplicative and unnecessary.

4. Movant respectfully requests that the Court enter an order withdrawing the duplicative filing at Docket Entry No. 136.

5. Additionally, Movant respectfully requests that the Court waive the duplicate filing fee of $199.00 assessed in connection with the second filing, as it was submitted in error and without any intent to file a separate motion.

**WHEREFORE**, Movant respectfully requests that this Court enter an order: (a) Granting leave to withdraw the duplicate motion filed at Docket Entry No. 136; (b) Waiving the $199.00 filing fee associated with the second filing; and (c) Granting such other and further relief as the Court deems just and proper.

1

Dated: 04/21/2025                    Respectfully Submitted,

                                                        */s/ Guolong Chen*
Joseph A. Ott     #67889 MO
Guolong Chen     #76476 MO
3544 Oxford Avenue
Maplewood, MO 63143
(314) 293-3756
joe@ott.law; jerry@ott.law

*Attorney for Movant Kevin Mannion*

## Certificate of Service

I certify that a true and correct copy of the foregoing document was filed electronically on April 21, 2025, with the United States Bankruptcy Court, and has been served on the parties in interest via e-mail by the Court pursuant to CM/ECF as set out on the Notice of Electronic filing as issued by the Court or in the alternative has been served by depositing a true and correct copy of same enclosed in a postage prepaid, properly addressed envelope, in a post office official depository under the exclusive care and custody of the United States Postal Service within the state of Missouri on those parties directed by the Court on the Notice of Electronic Filing issued by the Court as required by the Federal Rules of Bankruptcy Procedure and the Local Rules of the United States Bankruptcy Court.



                                                        */s/ Guolong Chen*

## Electronic Mail Notice List

The following is the list of attorneys who are currently on the list to receive e-mail notices for this case.

    Jack Justin Adams contact@thinkadamslaw.com
    Attorney for Debtor

    Diana S. Daugherty standing_trustee@ch13stl.com
    Office of the United States Trustee